HUNTON ANDREWS KURTH LLP
SAMUEL L. BROWN
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700

Attorney for Defendant,
CARGILL, INC.

### United States District Court
### Northern District of New York
### (Binghamton)

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiff, <br><br> vs. <br><br> CARGILL, INC. <br><br> Defendant, | Civil Action No.  3:19-cv-01007-LEK-ML <br><br> **NOTICE OF LODGING OF PROPOSED CONSENT DECREE** |

Plaintiff OUR CHILDREN'S EARTH FOUNDATION ("Plaintiff") and Defendant CARGILL, INC. ("Defendant") (collectively, "Parties"), by and through their attorneys of record in this case, are providing notice to the Court that the Parties have reached a settlement agreement as reflected in the proposed consent decree lodged with the Court, today, March 16, 2020. The proposed consent decree fully resolves the claims in the Plaintiff's complaint filed with the Court on August 15, 2019.

The Parties ask the Court to not enter the proposed consent decree until after <u>April 30, 2020</u> because, pursuant to 33 U.S.C. § 1365(c)(3), a proposed consent decree resolving allegations based on the federal Clean Water Act cannot be entered by the Court until forty-five (45) days after the U.S. Environmental Protection Agency ("EPA") and the U.S. Department of Justice ("DOJ") receive a copy of the proposed consent decree for review. Plaintiff intends to submit the proposed consent decree to the EPA and DOJ, today, March 16, 2020. After the forty-five (45) day review period has passed, the Parties will file a motion for the Court to enter the consent decree.

| | |
|---|---|
| DATED:  March 16, 2020 | HUNTON ANDREWS KURTH LLP |
| | By:   /s/ Samuel Brown<br>Samuel L. Brown<br>Hunton Andrews Kurth LLP<br>50 California Street Suite, 1700<br>San Francisco, CA 94111<br>Phone: 415-975-3714<br>slbrown@huntonak.com<br>*Attorney for the Defendant* |
| DATED:  March 16, 2020 | SUPER LAW GROUP, LLC |
| | By:   /s/ Edan Rotenberg<br>Edan Rotenberg<br>Super Law Group, LLC<br>180 Maiden Lane, Suite 603<br>New York, NY 10038<br>Phone: 212-242-2355<br>edan@superlawgroup.com<br>*Attorney for the Plaintiff* |