**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION,<br>　　　　Plaintiff,<br><br>v.<br><br>CARGILL, INC.,<br>　　　　Defendant. | Case No. 3:19-cv-01007 |

## MOTION FOR ENTRY OF CONSENT DECREE

　　Plaintiff Our Children's Earth Foundation moves with the consent of all parties for the Court to enter the attached Consent Decree.

　　On March 16, 2020, Plaintiff notified the Court that the Parties had agreed to settle the case. Plaintiff lodged a signed proposed consent decree with the Court at that time and asked the Court to stay all proceedings pending the conclusion of a required forty-five (45) day review period mandated by the Clean Water Act and its regulations, to allow the United States to review the proposed settlement agreement. 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5(b). Dkt. No. 16. Counsel for Plaintiff provided copies of the proposed consent decree to the United States. On May 1, 2020, the United States Department of Justice ("DOJ") sent a letter to the Parties, addressed to the Court, notifying the Court that "the United States has reviewed the proposed consent judgment in this action and does not object to its entry by this Court." Plaintiff filed the DOJ's letter with the Court on May 7, 2020. Dkt. No. 19 at 1.

　　Because the United States has not objected to this settlement, Plaintiff moves with the consent of all parties for the Court to enter the attached Consent Decree.

　　Respectfully submitted this 12th day of May, 2020.

/s/  *Edan Rotenberg*
Edan Rotenberg
Super Law Group, LLC
180 Maiden Ln, Suite 603
New York, NY 10038

*Attorney for Plaintiff*